F I L E D
Clerk
District Court

MAY 3 0 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ANTONIO MUNA MASGA,<br>  a/k/a "Tony,"<br><br>  Defendant. | Criminal Case No. 07 - 00020<br><br>INFORMATION<br><br>Title 21, U.S.C. §§ 846, 841(a)(1) &<br>841(b)(1)(C)- Drug Conspiracy (Ct. 1). |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

Conspiracy To Distribute And Possess With Intent To Distribute A Controlled Substance

1. From on or about January, 2005, to in or about February, 2006, in the District of the Northern Mariana Islands and elsewhere, ANTONIO MUNA MASGA, a/k/a "Tony," the defendant, and others known and unknown, unlawfully, wilfully and knowingly, combined, conspired, confederated and agreed, together and with each other, to distribute and

///

///

possess with intent to distribute a controlled substance, namely, methamphetamine, in the form commonly known as "ice,"

(Title 21, United States Code, Sections 846, 841(a)(1) & 841(b)(1)(C)).

Dated this 30th day of May, 2007.

Respectfully Submitted,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
TIMOTHY E. MORAN
Assistant United States Attorney