F I L E D
Clerk
District Court

MAY 31 2007

UNITED STATES DISTRICT COURT For The Northern Mariana Islands
By_____
NORTHERN MARIANA ISLANDS (Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTONIO MUNA MASGA,<br>    a/k/a "Tony,"<br><br>    Defendant. | Criminal Case No. 07- 00020<br><br>**WAIVER OF INDICTMENT** |

I, ANTONIO MUNA MASGA, a/k/a "Tony," understand that I am accused of committing the crime of Conspiracy To Distribute and Possess With the Intent To Distribute A Controlled Substance, namely methamphetamine in the form commonly known as "ice," in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C). I have been advised of the nature of the charges, the proposed Information, and my right to be charged by Grand Jury Indictment. I hereby waive, in open court, prosecution by Indictment and consent

///
///

1 | that the proceeding may be by Superseding Information, pursuant to Rule 7(b) of the Federal
2 | Rules of Criminal Procedure.

Dated: 5-29-07

_____
ANTONIO MUNA MASGA
Defendant

Dated: 5/29/07

_____
JOSEPH JAMES N. CAMACHO
Counsel for Defendant

Before _____
HONORABLE ALEX R. MUNSON
Chief Judge