MINOTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CR-07-00020                                                                                   May 31, 2007
                                                                                              10:45 a.m.

**UNITED STATES OF AMERICA -V- ANTONIO MASGA**

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
           JOSEPH CAMACHO, ATTORNEY FOR DEFENDANT
           ANTONIO MASGA, DEFENDANT

PROCEEDINGS:   **WAIVER OF INDICTMENT; FILING OF INFORMATION
               AND ENTRY OF PLEA**

   Defendant appeared with court appointed counsel, Attorney Joseph Camacho. Government was represented by Timothy Moran, AUSA.

   Government moved to **unseal** the case. Court so ordered. Government further stated that the Plea in this case was filed in **MC-07-00019 and other documents regarding this case are filed in MC-07-00026.** Government moved that all documents be unsealed in those cases and that they be transferred to **CR-07-00020**. Court so ordered.

   **Court ordered the Deputy Clerk to change the filing number on the Plea Agreement from MC-07-00019 to CR-07-00020.**

   Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the Waiver of Indictment and Plea.

   Defendant stated that he wished to waive the indictment and enter a plea to the charges in the information. The defendant and his counsel signed the waiver in open court. Court stated that the waiver was knowingly, voluntarily, and intelligently made and therefore was accepted by the Court.

   Court reviewed every element of the Plea Agreement with the Defendant. Government

reported to the Court what they would be able to prove if this matter proceeded to trial.  Defendant entered a plea of **GUILTY.**  Court found that the defendant was fully competent to enter a knowing and voluntary plea.  Court accepted the plea and the Plea Agreement.

Court ordered that a Presentence Investigation Report be submitted by Friday, August 17, 2007 and that the **Sentencing hearing be set for Tuesday, September 11, 2007 at 9:30 a.m.**

Government moved that the defendant be retained pending sentencing.  No argument from Defense.

Court ordered that the defendant be remanded into the custody of the U.S. Marshal.

Adjourned at 11:20 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy