F I L E D
Clerk
District Court

JUN - 4 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  LEONARDO M. RAPADAS
   United States Attorney
2  ERIC S. O'MALLEY
   Assistant United States Attorney
3  DISTRICT OF THE NORTHERN
           MARIANA ISLANDS
4  Horiguchi Building, Third Floor
   P. O. Box 500377
5  Saipan, MP 96950-0377
   Telephone:  (670) 236-2980
6  Fax:        (670) 236-2985

7  Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00020 |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| ANTONIO MUNA MASGA, a/k/a "Tony," | ) | |
| Defendant. | ) | |

It is hereby ordered that all files contained in Miscellaneous Case Numbers 07-00019 and 07-00026 be transferred to Criminal Case No. 07-00020.

DATED: 6-4-07

_____
HONORABLE ALEX R. MUNSON
Chief Judge, District Court of
the Northern Mariana Islands