```
LEONARDO M. RAPADAS
United States Attorney
TIMOTHY E. MORAN
Assistant United States Attorney
DISTRICT OF THE NORTHERN
  MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
TEL: (670) 236-2982
```

Attorneys for the United States of America

RECEIVED MAY 29 2007 US MARSHALS SERVICE-CNMI

FILED Clerk District Court MAY 29 2007 For The Northern Mariana Islands By \_\_\_\_ (Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| IN RE: GRAND JURY PROCEEDINGS REGARDING VIOLATIONS OF DRUG TRAFFICKING STATUTES | MISCELLANEOUS CASE NO. 07-0001<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

TO:   Department of Public Safety
      Corrections Facility

This Court finds that ANTONIO MASGA is now in the custody of the Department of Public Safety Corrections Facility, and that said prisoner is a material witness in the above investigation and is needed to appear and give evidence to the Government in a grand jury investigation now pending in this Court.

**IT IS HEREBY ORDERED** that the CNMI Director of Department of Public Safety or his authorized agent, or any Federal law enforcement agent, shall produce ANTONIO MASGA to the United States Courthouse in Saipan, CNMI, on April 2, 2007, at 3:00 p.m., and whenever necessary thereafter to give evidence and/or to attend grand jury proceedings in the above-referenced investigation and upon completion of said appearances and/or upon further order of the

///

Court, return said prisoner to his place of confinement.

**SO ORDERED** this 2d day of April, 2007.

*Alex R. Munson*
ALEX R. MUNSON
Chief Judge
District Court of Northern Mariana Islands

SUBMITTED BY:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
TIMOTHY E. MORAN
Assistant U.S. Attorney

The Clerk of the Court shall file this case under seal.

*Alex R. Munson*
ALEX R. MUNSON
United States District Judge

WRIT AD TES
Prisoner
CNMI-DOC    05-29-07
                     HER TO THE
AUSA @ Horiguchi Bld FOR FURTHER
            CNMI-DOC for
    Completion of writ

DUSM #305C

NOTE IN ADDITION to MAY 4, 2007
Filed writ

1  LEONARDO M. RAPADAS
   United States Attorney
2  TIMOTHY E. MORAN
   Assistant United States Attorney
3  DISTRICT OF THE NORTHERN
       MARIANA ISLANDS
4  Horiguchi Building, Third Floor
   P.O. Box 500377
5  Saipan, MP 96950
   TEL: (670) 236-2982
6
   Attorneys for the United States of America
7

```
                                    F I L E D
                                        Clerk
                                    District Court

                                    MAY - 4 2007

                                    For The Northern Mariana Islands
                                    By_____
                                           (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| IN RE: GRAND JURY PROCEEDINGS )<br>REGARDING VIOLATIONS OF DRUG )<br>TRAFFICKING STATUTES )<br>                                      )<br>                                      )<br>                                      ) | MISCELLANEOUS CASE NO. MC 07-00026 ~~07-00019~~<br><br>**WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM** |

TO:    Department of Public Safety
       Corrections Facility

     This Court finds that ANTONIO MASGA is now in the custody of the Department of Public Safety Corrections Facility, and that said prisoner is a material witness in the above investigation and is needed to appear and give evidence to the Government in a grand jury investigation now pending in this Court.

     **IT IS HEREBY ORDERED** that the CNMI Director of Department of Public Safety or his authorized agent, or any Federal law enforcement agent, shall produce ANTONIO MASGA to the United States Courthouse in Saipan, CNMI, on April 2, 2007, at 3:00 p.m., and whenever necessary thereafter to give evidence and/or to attend grand jury proceedings in the above-referenced investigation and upon completion of said appearances and/or upon further order of the

/ / /

Court, return said prisoner to his place of confinement.

**SO ORDERED** this 2d day of April, 2007.

_____
ALEX R. MUNSON
Chief Judge
District Court of Northern Mariana Islands

SUBMITTED BY:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
TIMOTHY E. MORAN
Assistant U.S. Attorney

The Clerk of the Court shall file this case under seal.

_____
ALEX R. MUNSON
United States District Judge

MARSHALS RETURN
I HAVE PARTIALLY / EXECUTED THIS
Writ AD Test BY TAKING CUSTODY OF
THE WITHIN NAMED Prisoner of CNMI DOC, Susupe
AT 1 pm ON 02 April 2007
AND DELIVERING HIM, HER TO THE
USDC NMI ___ FOR FURTHER
TRANSFER TO ___

MARSHAL'S RETURN

I HAVE PERSONALLY EXECUTED THE WRIT AD TEST BY TAKING CUSTODY OF THE WITHIN NAMED CNMI Prisoner AT 0900 ON 01 MAY 2007 AND DELIVERING HIM/HER TO THE CNMI FOR FURTHER ~~TRANSFER TO~~ Incarceration

MARSHAL'S RETURN

I HAVE PERSONALLY EXECUTED THE WRIT AD TEST BY TAKING CUSTODY OF THE WITHIN NAMED CNMI Prisoner AT 0900 ON 03 May 2007 AND DELIVERING HIM/HER TO THE CNMI FOR FURTHER ~~TRANSFER TO~~ Incarceration

COPY of
Original Filed
on this date

APR - 2 2007

Clerk
District Court
For The Northern Mariana Islands

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| In re | ) | Miscellaneous No. 07-0024 |
| | ) | |
| Duplicate Miscellaneous | ) | ORDER RE-NUMBERING |
| Nos. 07-00012 and 07-00013 | ) | DUPLICATE MISCELLANEOUS |
| | ) | FILE NOS. 07-00012 AND |
| _____ | ) | 07-00013 |

Due to a numbering error,

IT IS ORDERED that duplicate[1] Miscellaneous Nos. 07-00012 ("In the Matter of the Search of Premises Described as a Light Color....") and 07-00013 ("In re Grand Jury Proceedings Regarding Violations of Drug Trafficking Statutes") be

---

[1] The original Miscellaneous No. 07-00012 ("In re Application of Victor Viramontes") and Miscellaneous No. 07-00013 ("In re Application of Anna Y. Park") shall retain their file numbers.

and hereby are re-numbered to Miscellaneous Nos. 07-00025 and 07-00026, respectively.

DATED this 2nd day of April, 2007.

_____
ALEX R. MUNSON
Judge