FILED
Clerk
District Court

AUG 31 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTONIO MUNA MASGA,<br><br>Defendant. | Criminal Action No. 07-00020<br><br>Order Rescheduling Sentencing Date |

Eric O'Malley
Assistant USAG
P.O. Box 500377
Saipan, MP 96950

Joseph Camacho
Attorney at Law
P.O. Box 5506
Saipan, M9 96950

IT IS HEREBY ORDERED that the sentencing for Antonio Muna Masga scheduled for Tuesday, September 11, 2007, is rescheduled to Friday, September 7, 2007, at 3:00 p.m.

Dated this 31st day of August, 2007.

*Alex R. Munson*

Judge Alex R. Munson

AO 72
(Rev. 8/82)