ORIGINAL

1  LEONARDO M. RAPADAS
   United States Attorney
2  TIMOTHY E. MORAN
   Assistant United States Attorney
3  DISTRICT OF THE NORTHERN
      MARIANA ISLANDS
4  Horiguchi Building, Third Floor
   P.O. Box 500377
5  Saipan, MP 96950
   TEL: (670) 236-2982
6
   Attorneys for the United States of America
7

F I L E D
Clerk
District Court

APR 30 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANTONIO MUNA MASGA, ) <br> a/k/a "Tony," ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 07- **00026** <br><br> **WRIT OF HABEAS CORPUS** <br> **AD PROSEQUENDUM** <br><br> **RECEIVED** <br><br> MAY 30 2007 <br><br> US MARSHALS SERVICE-CNMI |

TO:    Department of Public Safety
       Corrections Facility

This Court finds that ANTONIO MUNA MASGA, a/k/a "Tony," is now in the custody of the Department of Public Safety Corrections Facility, and that said prisoner is required to appear before this Court for waiver of indictment and subsequent Prosecution in the above captioned case.

**IT IS HEREBY ORDERED** that the CNMI Director of Department of Public Safety or his authorized agent, or any Federal law enforcement agent shall produce ANTONIO MUNA MASGA, a/k/a "Tony," before this Court on May 31, 2007, at 10:00 a.m., and whenever necessary hereafter to attend court appearances in the above-entitled case and upon completion of said prosecution and/or Court appearances and/or upon further order of the Court, return said prisoner to his place of

confinement.

**SO ORDERED** this 30th day of May, 2007.

_____
ALEX R. MUNSON
Chief Judge
District Court of Northern Mariana Islands

SUBMITTED BY:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
TIMOTHY E. MORAN
Assistant U.S. Attorney

MARSHALS RETURN
I HAVE PARTIALLY / EXECUTED THIS
Writ BY TAKING CUSTODY OF
THE WITHIN NAMED Prisoner Witness
AT USDC NMI ON 03/29/07
AND DELIVERING HIM HER TO THE
CNMI FOR FURTHER
TRANSFER TO Detention
DOC CNMI

MARSHALS RETURN
I HAVE PARTIALLY / EXECUTED THIS
Writ BY TAKING CUSTODY OF
THE WITHIN NAMED Prisoner Witness
AT USDC NMI ON 04/06/07
AND DELIVERING HIM HER TO THE
CNMI FOR FURTHER
TRANSFER TO Detention
DOC CNMI

RECEIVED
MAY 3 0 2007
Clerk
District Court
The Northern Mariana Islands

MARSHALS RETURN
I HAVE PARTIALLY / EXECUTED THIS
Writ BY TAKING CUSTODY OF
THE WITHIN NAMED Prisoner Witness
AT USDC NMI ON 05/01/07
AND DELIVERING HIM HER TO THE
CNMI FOR FURTHER
TRANSFER TO Detention
DOC CNMI

MARSHALS RETURN
I HAVE (PARTIALLY) EXECUTED THIS
Writ  BY TAKING CUSTODY OF
THE WITHIN NAMED Prisoner Witness
AT USDC NMI ON 05/03/07
AND DELIVERING HIM, HER TO THE
CNMI  FOR FURTHER
TRANSFER TO Detention
CNMI DOC

MARSHALS RETURN
I HAVE (PARTIALLY) EXECUTED THIS
Writ  BY TAKING CUSTODY OF
THE WITHIN NAMED Prisoner Witness
AT USDC NMI ON 05/29/07
AND DELIVERING HIM, HER TO THE
CNMI  FOR FURTHER
TRANSFER TO Detention
CNMI DOC

Writ  Prisoner Witness
USDC NMI 05/31/07
CNMI Detention
CNMI DOC

Writ  Prisoner Witness
USDC NMI 08/27/07
CNMI Detention
CNMI DOC